# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 11, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133887(57)


BUDGET RENT-A-CAR SYSTEM, INC.,
      Plaintiff-Appellee,

v

CITY OF DETROIT and DETROIT POLICE
DEPARTMENT,
      Defendants-Appellants.

_____

SC: 133887
COA: 271703
Wayne CC: 05-501303-NI


      On order of the Chief Justice, the motions by the Michigan Association for Justice and the Coalition Protecting Auto No-Fault for leave to file briefs *amicus curiae* are considered and they are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 11, 2008

_____
Clerk